IN THE SUPREME COURT OF TEXAS

 No. 05-0575

 IN RE METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., D/B/A METROPOLITAN
 METHODIST HOSPITAL

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for immediate temporary relief, filed July 26,
2005, is granted. The trial set for November 7, 2005 and discovery in
Cause No. 2003-CI-13501, styled Beatriz Favela, Maria Isela Rivera,
Individually and on behalf of the Estate of Zacharias Favela, deceased,
Maria Santos Medina, Juan Favela, Imelda Garcia, Irma Ortiz, Oscar Favela,
Carlos Favela and Beatriz Favela v. Jairo Ramirez, M.D. and Methodist
Healthcare System of San Antonio, Ltd., d/b/a Metropolitan Methodist
Hospital, in the 288th District Court of Bexar County, Texas, are stayed
pending further order of this Court.

 Done at the City of Austin, this September 16, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk